GERSHON J. COUNTRYMAN, Respondent, v. DONALD H. BREEN, Appellant.— Motion for leave to appeal to the Court of Appeals granted and questions for review certified. Present — Sears, P. J., Taylor, Thompson and Lewis, JJ. [See 241 App. Div. 392.]

BERTHA B. BUSH, Respondent, v. FRANK BUSH and Others, Appellants, and CHARLES J. GEISLER and Another, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

ROSE MARTORELLA, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Sears, P. J., Taylor, Thompson and Crosby, JJ. [See 241 App. Div. 910.]

DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INCORPORATED, Appellant, v. FRANK FERGUSON, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of JOSEPH D. BROOKS, an Attorney and Counselor at Law.— Order of disbarment entered upon filing certified copy of judgment of Onondaga County Court convicting the respondent of the crime of grand larceny, first degree, upon his plea of guilty.

JOHN KRAVECH, Respondent, v. JAMES O. SEBRING and MARY A. B. SEBRING, Appellants.— Order as to defendant James O. Sebring affirmed, with ten dollars costs and disbursements, and as to defendant Mary A. B. Sebring reversed on the law, with ten dollars costs and disbursements, and motion granted dismissing the complaint as to her, with ten dollars costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of DALE ENGINEERING COMPANY, INCORPORATED, for an Order Summarily Discharging of Record a Certain Alleged Lien Dated May 17, 1933, and Filed in the Office of the State Comptroller of New York State on May 18, 1933, etc. HOMER J. MARKHAM, Appellant; DALE ENGINEERING COMPANY, INC., and Another, Respondents.— Order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MATTHIAS SMOLKA, Respondent, v. HOMER P. SNYDER MANUFACTURING COMPANY, Appellant.— Judgment and order affirmed, with costs. Per curiam memorandum. (Printed in companion case, Roberts v. Snyder Manufacturing Co., ante, p. 244.) All concur, except Edgcomb, J., who dissents and votes for reversal on the law and facts in respect of want of probable cause, and for a new trial. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

GEORGE H. SWIFT, JR., and IRENE SWIFT, Respondents, v. SAMUEL C. GURNEY and Others, Appellants. WILLIAM BRETERMITZ and Others, Defendants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

JOSEPH E. JOHNSON, Respondent, v. ALFRED T. GAGE, Appellant.— Judgment affirmed, with costs. All concur, except Sears, P. J., and Crosby, J., who dissent and vote for reversal on the ground that the plaintiff failed to establish freedom from contributory negligence as matter of law and fact. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.